Date: 05/28/10                    **DIVIDENDS REMITTED TO THE COURT**                    # 190862   6-2-10   RC                    Page: 1
                                   Check Number 1010 Dated 05/28/10
                                   Case Number 07-44058 - PEITSO, DANA L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201 | 000004 | 550.00 | 2.42 |
|  |  | 550.00 | 2.42 |

---------- Remittance Total ---------------

*/signature/*
TIMOTHY D. MORATZKA, Trustee

RECEIVED 10 JUN -2 AM 9:33 US BANKRUPTCY COURT MINNEAPOLIS MN

COURT1                                                                            Printed: 05/28/10 09:24 AM    Ver: 15.09